UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN PARK STEVENSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT AYRES, Warden,<br><br>　　　　Respondent. | CASE NO. CV 06-3652 VBF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 4-22-11

*Valerie Baker Fairbank*

　　　　VALERIE BAKER FAIRBANK
　　　　United States District Judge